IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDY PULIDO, | No. C 12-5204 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| FEDERAL HOME LOAN MORTGAGE CORPORATION, | |
| Defendant. / | |

Plaintiff's complaint is dismissed with prejudice. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: March 22, 2013

SUSAN ILLSTON
United States District Judge